UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ADERO MAHIA MIWO
    v.
DONNA ZICKEFOOSE

PRISONER
Case No. 3:09CV1834 (DJS)

## ORDER OF DISMISSAL

The petitioner was incarcerated at Danbury Federal Correctional Institution when she filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prison's alleged failure to credit her sentence with time she spent on home confinement. Upon learning that the petitioner had been discharged from prison in October 2010, the court issued an order directing the petitioner to show cause why the petition should not be dismissed as moot. (*See* Amended Order to Show Cause, Doc. No. 7.) The court cautioned the petitioner that failure to file a response to the order on or before January 7, 2011 would result in dismissal of the case without further notification from the court. No response to the Court's order has been filed.

Because the petitioner has failed to comply with an order of the court and it is apparent that the relief sought in the petition is moot, the petition for writ of habeas corpus is dismissed pursuant to Rule 41(b), Fed. R. Civ. P. The Clerk is directed to close this case.

The petitioner may file a motion to reopen judgment in accordance with Fed. R. Civ. P. 60(b). Any such motion must include a current address within the district at which the petitioner may be served with papers filed in this case and be supported by a memorandum in response to the court's December 10, 2010 Amended Order to Show Cause.

SO ORDERED this 24th day of January, 2011, at Hartford, Connecticut.

                                                __/s/ DJS_____
                                                    Dominic J. Squatrito
                                              United States District Judge